# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| TERRY M. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLUE WORLD POOLS, INC., a Nevada corporation, and<br>BLUE WORLD POOLS, INC., a Georgia corporation,<br><br>　　　　Defendants. | Civil Action No. 5:19-cv-00001-GCM<br><br>**ORDER TO STAY AND COMPEL ARBITRATION** |

Defendants, Blue World Pools, Inc. a Nevada corporation and Blue World Pools, Inc. a Georgia corporation, moved pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for this Court to stay this action and to compel arbitration [Doc. 2]. Plaintiff, through its counsel has indicated that it does not oppose and consents to the relief sought by Defendants.

Therefore, it is hereby ordered that based upon the written agreements of the parties and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., this action is stayed and the parties are compelled to arbitrate the disputes set forth in Plaintiff's state court Complaint [Doc 1-1] that was removed to this Court.

　　　IT IS SO ORDERED.

Signed: February 12, 2019

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

1